IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2009 JUN 25  PM 4: 31

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:09cr3014 |
| Plaintiff, | ) | |
| | ) | DETENTION ORDER |
| vs. | ) | |
| | ) | PETITION FOR |
| JASON ALLEN HOPKINS, | ) | ACTION ON CONDITIONS |
| | ) | OF |
| Defendant. | ) | SUPERVISED RELEASE |

Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order, because:

____ The defendant has failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3153 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that defendant is not likely to fail to appear or pose a danger to the safety of any person or the community.

____ The defendant waived the right to a detention hearing and agreed to detention

The Court's findings are based on the evidence presented in court and that contained in the court's records, and includes the following: *as shown by Report of Probation Officer*

**IT HEREBY IS FURTHER ORDERED:**

The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

DATED: 6/25/2009

BY THE COURT:

Richard G. Kopf
United States District Judge