IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  4:09CR3014 |
| | ) | |
| JASON ALLEN HOPKINS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Review Detention, filing 12.  This Court, being fully advised in the premises, and noting that the government and the probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall be released from the custody of the United States Marshal for transportation by the Federal Defender's Office directly to Seeker's of Serenity on August 7, 2009.  Mr. Hopkins is ordered to immediately report to the United States Probation Office upon his successful or unsuccessful discharge from Seeker's of Serenity.

All other conditions of Mr. Hopkins' supervised release, not inconsistent with this Order, shall remain in effect.

Dated this 28th day of July, 2009.

BY THE COURT:

s/   Warren K. Urbom

_____
The Honorable Warren K. Urbom
United States Senior District Judge