IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                          )<br>               Plaintiff,                     )<br>                                                          )<br>v.                                                       )     Case No.  4:09CR3014<br>                                                          )<br>JASON ALLEN HOPKINS,               )<br>                                                          )<br>               Defendant.                 )     | |

### ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Revocation Hearing, filing 14, now set for August 25, 2008, at 12:15 p.m. until a date certain in approximately 30 days.  The Court noting that the government and the probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 29th day of September, 2009, at 12:15 p. m.  The defendant is ordered to appear at such time.

Dated this 20th day of August, 2009.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge