IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2009 OCT 21 PM 5: 26

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JASON ALLEN HOPKINS,<br><br>　　　　　Defendant. | 4:09CR3014<br><br>DETENTION ORDER<br><br>PETITION FOR<br>ACTION ON CONDITIONS<br>OF<br>SUPERVISED RELEASE |

　　　Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

　　　The above-named defendant shall be detained until further order, because:

　　　____ The defendant has failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3153 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that defendant is not likely to fail to appear or pose a danger to the safety of any person or the community.

　　　_X_ The defendant waived the right to a detention hearing and agreed to detention

　　　The Court's findings are based on the evidence presented in court and that contained in the court's records, and includes the following:

_____
_____
_____
_____
_____

**IT HEREBY IS FURTHER ORDERED:**

　　　The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

DATED:　October 21, 2009　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge